UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
  -v-                                                             :   21 Cr. 30 (JPC)
:
ROBERTO ACEVEDO, a/k/a "Tio,"                                     :   ORDER
:
          Defendant.                                              :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Complaint and the magistrate docket, 20 Mag. 7497, can be unsealed.

    SO ORDERED.

Dated: July 26, 2021
       New York, New York

                                        JOHN P. CRONAN
                                 United States District Judge